JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| QUALSTAR CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE D. FIRESTONE and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV13-5839 CAS (MANx)<br><br>[Assigned to the Honorable Christina A. Snyder]<br><br>[~~*PROPOSED*~~] ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT |

TO ALL INTERESTED PARTIES:

Having reviewed the Joint Stipulation to Remand Action to State Court ("Joint Stipulation") and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. This action is hereby remanded to the Superior Court of the State of California, County of Los Angeles, whereupon within seven days Plaintiff shall file the Amended Complaint attached to the Joint Stipulation as Exhibit A. The parties

/ / /

60704772.2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

shall each bear their own attorney fees and costs with respect to the removal and remand proceedings

IT IS SO ORDERED.

Dated: September 13 ,2013    By

Honorable Christina A. Snyder
Judge of the United States District Court